```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :
   UNITED STATES OF AMERICA                       :
                              Plaintiff,          :
                                                  :           18 Cr. 144 (LGS)
               -against-                          :
                                                  :              ORDER
   TAN WEE BENG,                                  :
                              Defendant,          :
                                                  :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the Government shall submit a status letter appraising the Court of the status this matter on **September 4, 2020** and **every 60 days thereafter.**

Dated: September 1, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**